WILLIAMS v. BOYLAN-PEARCE, INC.

No. 458A84.

Case below: 69 N.C. App. 315.

Petition by defendant for discretionary review under G.S. 7A-31 denied as to additional issues 14 December 1984.

YOW v. ALEXANDER CO. DEPT. OF SOC. SERV.

No. 557P84.

Case below: 70 N.C. App. 174.

Petition by plaintiff for discretionary review under G.S. 7A-31 denied 4 December 1984.